**CERTIFICATE/LETTER OF QUALIFICATION -
FOR PROSECUTION OR DEFENSE OF CIVIL ACTION**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

City of Richmond Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on     OCTOBER 16, 2024
                                                                                                                                                        DATE

*THOMAS H. ROBERTS*
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

*LINDA ELLEN DORMAN*, deceased, solely for the purpose of prosecution or defense of a civil action

for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

*$1,000.00* bond has been posted.

Given under my hand and the seal of this Court on

*OCTOBER 16, 2024*
       DATE

                                                      Edward F. Jewett, Clerk

                                              by _____, Deputy Clerk

FORM CC-1627 MASTER 07/15